UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAELA SPECTOR,<br><br>        Plaintiff,<br><br>    v.<br><br>EXELIXIS, INC.,<br><br>        Defendant. | Case No. 24-cv-06431-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on December 17, 2024. Having considered the parties' proposal, *see* Dkt. No. 19, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/Joinder | December 17, 2024 |
| Close of Fact Discovery | July 18, 2025 |
| Exchange of Opening Expert Reports | August 1, 2025 |
| Exchange of Rebuttal Expert Reports | August 15, 2025 |
| Close of Expert Discovery | August 29, 2025 |
| Dispositive Motion Hearing Deadline | September 25, 2025, at 2:00 p.m. |
| Pretrial Conference | December 2, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | December 15, 2025, at 8:30 a.m. |

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause. The parties are directed to review and comply with this Court's standing orders.
3    **IT IS SO ORDERED.**
4    Dated: 1/2/2025

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge