1  Alyssa S. Gjedsted, Bar No. 284588
   agjedsted@littler.com
2  LITTLER MENDELSON P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, California  90071
4  Telephone:    213.443.4300
   Fax No.:      800.715.1330
5
   Yuri Choy, Bar No. 257811
6  ychoy@littler.com
   LITTLER MENDELSON, P.C.
7  50 W. San Fernando
   7th Floor
8  San Jose, California  95113.2431
   Telephone:    408.998.4150
9  Fax No.:      408.288.5686

10 Attorneys for Defendant
   EXELIXIS, INC.
11
   Arkady Itkin, Bar No. 253194
12 arkady@arkadylaw.com
   LAW OFFICE OF A. ITKIN
13 57 Post Street
   Suite 812
14 San Francisco, CA 94104
   Telephone:    415.640.6765
15 Fax No.:      415.422.9367

16 Attorney for Plaintiff
   MICHAELA SPECTOR

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| MICHAELA SPECTOR,<br><br>              Plaintiff,<br><br>     v.<br><br>EXELIXIS, INC., DOES 1 TO 50,<br><br>              Defendants. | Case No.  4:24-cv-06431-HSG<br><br>**STIPULATION AND ORDER TO EXTEND THE ADR DEADLINE**<br><br>Action Filed: August 12, 2024<br>Trial Date:  None set. |

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

STIPULATION AND ORDER TO EXTEND THE ADR DEADLINE                    Case No.  4:24-cv-06431
4935-4224-2595 / 049894.1081

1  The parties to the above-entitled action submit this STIPULATION AND PROPOSED
2  ORDER TO EXTEND THE ADR DEADLINE pursuant to the March 4, 2025 directive by Hon.
3  Haywood S. Gilliam, Jr.

4  Whereas, on January 2, 2025, the Court ordered the parties to hold the ADR session by April
5  23, 2025.

6  Whereas, the parties prefer in-person mediation, believing it would be more productive, and
7  agreed to the earliest possible mediation date available for the parties.

8  Whereas, the parties have agreed to in-person mediation on May 2, 2025 with Judge Patrick J.
9  O'Hara (Ret.).

10  Whereas, the parties agree to hold the ADR session by May 2, 2025.

11  Whereas, the parties stipulate and request that the deadline to complete their ADR session be
12  extended to May 3, 2025.

Dated: March 6, 2025

LITTLER MENDELSON P.C.

_____
Alyssa S. Gjedsted
Yuri Choy

Attorneys for Defendant
EXELIXIS, INC.

Dated: March 6, 2025

LAW OFFICE OF A. ITKIN

*/s/ Arkady Itkin*
Arkady Itkin

Attorney for Plaintiff
MICHAELA SPECTOR

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

2   Case No. 4:24-cv-06431
STIPULATION AND ORDER TO EXTEND THE ADR DEADLINE
4935-4224-2595 / 049894.1081

# ORDER

This Court, having read and considered Plaintiff MICHAELA SPECTOR and Defendant EXELIXIS, INC.'s stipulation to extend the deadline to complete their ADR session by May 3, 2025, hereby ORDERS:

The deadline to complete their ADR session shall be extended to May 3, 2025.

**IT IS SO ORDERED.**

Dated:  March 7, 2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

4933-1607-7572.1 / 049894-1081

LITTLER
MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA
90071
213.443.4300

3   Case No.  4:24-cv-06431

STIPULATION AND ORDER TO EXTEND THE ADR DEADLINE
4935-4224-2595 / 049894.1081