1  Alyssa S. Gjedsted, Bar No. 284588
   agjedsted@littler.com
2  LITTLER MENDELSON P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, California  90071
4  Telephone:     213.443.4300
   Fax No.:       800.715.1330
5

6  Yuri Choy, Bar No. 257811
   ychoy@littler.com
7  LITTLER MENDELSON, P.C.
   50 W. San Fernando
   7th Floor
8  San Jose, California  95113.2431
   Telephone:     408.998.4150
9  Fax No.:       408.288.5686

10 Attorneys for Defendant
   EXELIXIS, INC.
11
   Arkady Itkin, Bar No. 253194
12 arkady@arkadylaw.com
   LAW OFFICE OF A. ITKIN
13 57 Post Street
   Suite 812
14 San Francisco, CA 94104
   Telephone:     415.640.6765
15 Fax No.:       415.422.9367

16 Attorney for Plaintiff
   MICHAELA SPECTOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAELA SPECTOR,<br><br>        Plaintiff,<br><br>    v.<br><br>EXELIXIS, INC., DOES 1 TO 50,<br><br>        Defendants. | Case No.  4:24-cv-06431-HSG<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE STIPULATION OF DISMISSAL IN LIGHT OF SUCCESSFUL MEDIATION**<br><br>Action Filed: August 12, 2024<br>Trial Date:  None set. |

The parties to the above-entitled action submit this STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE TO FILE THE STIPULATION OF DISMISSAL.

Whereas, on May 9, 2025, the Court ordered the parties to file a joint status report by May 14, 2025 notifying the Court when they will file a stipulation of dismissal in light of the successful mediation held on May 2, 2025.

Whereas, on May 14, 2025 the parties filed a joint status report indicating that the parties will file the stipulation of dismissal no later than June 25, 2025 upon completion of the revocation period.

Whereas, the parties are still finalizing the terms of the settlement agreement and anticipate final execution and dismissal by no later than July 16, 2025.

The parties stipulate to extend the deadline to file the stipulation of dismissal to July 16, 2025

Dated: June 24, 2025

LITTLER MENDELSON P.C.

_____
Alyssa S. Gjedsted
Yuri Choy

Attorneys for Defendant
EXELIXIS, INC.

Dated: June 24, 2025

LAW OFFICE OF A. ITKIN

*/c/ Arkady Itkin*
_____
Arkady Itkin

Attorney for Plaintiff
MICHAELA SPECTOR

**ORDER**

This Court, having read and considered Plaintiff MICHAELA SPECTOR and Defendant EXELIXIS, INC.'s stipulation to extend the deadline to file the stipulation of dismissal to July 16, 2025, hereby ORDERS:

The deadline to file the stipulation of dismissal shall be extended to July 16, 2025.

**IT IS SO ORDERED.**

Dated:  6/25/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

4933-1607-7572.1 / 049894-1081

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

3                                 Case No. 4:24-cv-06431
STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE STIPULATION OF DISMISSAL

4926-3690-0432 / 049894.1081