1  Alyssa S. Gjedsted, Bar No. 284588
   agjedsted@littler.com
2  LITTLER MENDELSON P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, California  90071
4  Telephone:  213.443.4300
   Fax No.:    800.715.1330
5
   Yuri Choy, Bar No. 257811
6  ychoy@littler.com
   LITTLER MENDELSON, P.C.
7  50 W. San Fernando
   7th Floor
8  San Jose, California  95113.2431
   Telephone:  408.998.4150
9  Fax No.:    408.288.5686

10 Attorneys for Defendant
   EXELIXIS, INC.
11
   Arkady Itkin, Bar No. 253194
12 arkady@arkadylaw.com
   LAW OFFICE OF A. ITKIN
13 57 Post Street
   Suite 812
14 San Francisco, CA 94104
   Telephone:  415.640.6765
15 Fax No.:    415.422.9367

16 Attorney for Plaintiff
   MICHAELA SPECTOR
17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

| 21 | MICHAELA SPECTOR, | Case No. 4:24-cv-06431-HSG |
|---|---|---|
| 22 | Plaintiff, | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER** |
| 23 | v. | |
| 24 | EXELIXIS, INC., DOES 1 TO 50, | Action Filed: August 12, 2024 |
| 25 | Defendants. | Trial Date:  None set. |

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA
90071
213.443.4300

JOINT STIPULATION TO DISMISS ENTIRE CASE AND ALL PARTIES WITH PREJUDICE
4909-4282-7862 / 049894.1081

Case No.  4:24-cv-06431

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff Michaela Spector ("Plaintiff") and Defendant Exelixis, Inc. ("Defendant"), acting through the undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with Prejudice of this action with each side to bear their own fees and costs.

IT IS SO STIPULATED.

Dated:  July 15, 2025

LITTLER MENDELSON P.C.

_____
Alyssa S. Gjedsted
Yuri Choy

Attorneys for Defendant
EXELIXIS, INC.

Dated:       July 15, 2025

LAW OFFICE OF A. ITKIN

*/s/ Arkady Itkin*
Arkady Itkin

Attorney for Plaintiff
MICHAELA SPECTOR

**IT IS SO ORDERED.**

Dated: 7/16/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

4933-1607-7572.1 / 049894-1081

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA
90071
213.443.4300

2

Case No.  4:24-cv-06431

JOINT STIPULATION TO DISMISS ENTIRE CASE AND ALL PARTIES WITH PREJUDICE
4909-4282-7862 / 049894.1081